IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREDDY SYLVIA,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, AN FDIC INSURED CORPORATION AND DOES 1-100 INCLUSIVE,<br><br>    Defendants. | Case No.: 5:13-CV-01177-EJD<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO PERMIT AMENDMENT TO NAME FIA CARD SERVICES, N.A. AS DEFENDANT |

The Court, having reviewed and considered the Parties' stipulation to permit amendment to name FIA Card Services, National Association as Defendant and good cause appearing therefore, hereby orders that: (1) Plaintiff Freddy Syvlia may have up until and including November 25, 2013 to file a First Amended Complaint naming FIA Card Services, National Association as defendant.

**IT IS SO ORDERED.**

[~~PROPOSED~~] ORDER - 1

Counsel shall file an amended complaint as a separate docket entry forthwith.

Dated: 11/15/2013 _____
HON. EDWARD J. DAVILA