IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FREDDY SYLVIA,

    Plaintiff,

vs.

BANK OF AMERICA, NATIONAL ASSOCIATION, AN FDIC INSURED CORPORATION AND DOES 1-100 INCLUSIVE,

    Defendants.

Case No.: 5:13-CV-01177-EJD

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO PERMIT AMENDMENT TO NAME FIA CARD SERVICES, N.A. AS DEFENDANT

    The Court, having reviewed and considered the Parties' stipulation to permit amendment to name FIA Card Services, National Association as Defendant and good cause appearing therefore, hereby orders that: (1) Plaintiff Freddy Syvlia may have up until and including November 25, 2013 to file a First Amended Complaint naming FIA Card Services, National Association as defendant.

    **IT IS SO ORDERED.**

[~~PROPOSED~~] ORDER - 1

Counsel shall file an amended complaint as a separate docket entry forthwith.

Dated:  11/15/2013

_____
HON. EDWARD J. DAVILA