SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
JARRETT S. OSBORNE-REVIS (SBN 289193)
Josborne@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff Freddy Sylvia

Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Raagini Shah (SBN 268022)
Rshah@reedsmith.com
**REED SMITH LLP**
355 S. Grand Avenue
Suite # 2900
Los Angeles CA, 90071
213.457.8000 Ph; 213.457.8080 Fx
Attorneys for Defendant FIA Card Services, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FREDDY SYLVIA, <br><br> Plaintiff, <br><br> v. <br><br> FIA CARD SERVICES, NATIONAL ASOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No.: 5:13-cv-01177-EJD <br><br> STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii)) |

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE - 1

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

IT IS HEREBY STIPULATED by and between Plaintiff Freddy Sylvia and Defendant FIA Card Services, N.A. that the above-entitled action be dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**Sagaria Law, P.C.**

Dated:   March 12, 2014          /s/ *Jarrett S. Osborne-Revis*
                                 Jarrett S. Osborne-Revis
                                 Attorneys for Plaintiff

Dated: March 12, 2014            **REEDSMITH LLP.**

                                 By: /s/ *Raagini Shah*
                                 Abraham J. Colman, Esq.
                                 Raagini Shah, Esq.
                                 Attorneys for Defendant
                                 FIA Card Services, N.A.

### [PROPOSED] ORDER

IT IS SO ORDERED.
The Clerk shall close this file.

DATED: 3/13/2014                 _____
                                 UNITED STATES DISTRICT JUDGE
                                 EDWARD J. DAVILA

I, Jarrett S. Osborne-Revis, hereby certify that I am an ECF registered user and Raagini Shah has concurred in this electronic filing.